Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−11946−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Ellis
   89 Woodside Road
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−3286

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/23/19 at 10:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 89 Woodside Rd, Maplewood, NJ, 07040−1950. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al..., Motion for Relief from Co−Debtor Stay of Wahkeelah Y. Ellis, 39 Order on Motion to Reinstate Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee et al.... Objection deadline is 05/2/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit 'B' # 4 Certificate of Service) (Carlon, Denise)

*44* − Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 89 Woodside Rd, Maplewood, NJ, 07040−1950. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al..., Motion for Relief from Co−Debtor Stay of Wahkeelah Y. Ellis, 39 Order on Motion to Reinstate Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee et al.... Objection deadline is 05/2/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit 'B' # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al...) filed by Bruce H Levitt on behalf of Robert Ellis. (Levitt, Bruce)

Dated: 5/1/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Ellis  
      Debtor

Case No. 18-11946-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 01, 2019  
                      Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
db          +Robert Ellis,   89 Woodside Road,    Maplewood, NJ 07040-1950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

      Bruce H Levitt    on behalf of Debtor Robert  Ellis blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Marie-Ann  Greenberg    magecf@magtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 6