**LEVITT & SLAFKES, P.C.**
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 13 |
| ROBERT ELLIS | Case No.:18-11946 (JKS) |
| Debtor. | CERTIFICATION OF DEBTOR IN OPPOSITION TO CREDITOR'S CERTIFICATION OF DEFAULT |

Robert Ellis hereby certifies as follows:

1. I am the Debtor in this matter. This Certification is being provided in opposition to the Creditor's Certification of Default.

2. On June 7, 2019, an Order was entered providing for the cure of my post-petition arrearages and resolving a prior Certification of Default.

3. The Order provided that I pay $4,326.07 by May 31, 2019, plus an additional amount of $357.51 by June 1, 2019. The Order further provided that regular monthly payments would resume on June 1, 2019.

4. Attached hereto are copies of checks that were sent to the moving party pursuant to that Order. On May 16, 2019 I sent

a check in the amount of $4,698.16 which covered both the $4,326.07 and $357.521 required payments. Thereafter, on June 3, 2019 I sent a check in the amount of $2,170.00, on June 14, 2019 I sent a check in the amount of $2,527.82 and on July 15, 2019 I sent a check in the amount of $2,527.85.

5. Based on my records, I believe I am current on my mortgage obligation.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to penalty of perjury.

_____
Robert Ellis

Dated: August 28, 2019

---

**Cashier's Check - Customer Copy**

No. 1476706930
Date 05/16/19 04:01:56 PM
Void After 90 Days
30-1/1140
NTX

00-53-3364B  11-2010

MAPLEWOOD-MAIN
0009    0090150    0199

Pay
**Four Thousand Six Hundred Ninety Eight and 16/100 Dollars**

To The
Order Of    SPECIALIZED LOAN SERVICING LLC

Remitter (Purchased By): ROBERT ELLIS

Bank of America, N.A.
SAN ANTONIO, TX

BANK OF AMERICA

**$4,698.16**

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Not-Negotiable
Customer Copy
Retain for your Records
001641006097

---

**Cashier's Check - Customer Copy**

No. 1476706989
Date 06/03/19 03:50:20 PM
Void After 90 Days
30-1/1140
NTX

00-53-3364B  11-2010

MAPLEWOOD-MAIN
0901    0090150    0162

Pay
**Two Thousand One Hundred Seventy and 34/100 Dollars**

To The
Order Of    SPECIALIZED LOAN SERVICING LLC

Remitter (Purchased By): WAHKEELAH Y ELLIS

Bank of America, N.A.
SAN ANTONIO, TX

BANK OF AMERICA

**$2,170.34**

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Not-Negotiable
Customer Copy
Retain for your Records
001641006097

Flat Rate Env (Domestic) (LITTLETON, CO 80163) (Flat Rate) $7.35

SOUTH ORANGE 0007 0096646 0129

---

**Cashier's Check — Customer Copy**

No. 1533310626
Date 06/14/19 01:46:05 PM

00-53-3364B  11-2010

Pay
**Two Thousand Five Hundred Twenty Seven and 82/100 Dollars**

To The Order Of   SPECIALIZED LOAN SERVICING LLC

LOAN # 1008253216

Bank of America, N.A.
SAN ANTONIO, TX

Remitter (Purchased By): ROBERT ELLIS

BANK OF AMERICA

**$2,527.82**

Void After 90 Days
30-1/1140
NTX

Not-Negotiable
Customer Copy
Retain for your Records

0016100609 7

---

**Cashier's Check — Customer Copy**

No. 1476707097
Date 07/15/19 09:25:03 AM

00-53-3364B  11-2010

Pay
**Two Thousand Five Hundred Twenty Seven and 85/100 Dollars**

To The Order Of   SPECIALIZED LOAN SERVICING LLC

LOAN # 1008253216

MAPLEWOOD-MAIN
0901   0090150   0015

Bank of America, N.A.
SAN ANTONIO, TX

Remitter (Purchased By): ROBERT ELLIS

BANK OF AMERICA

**$2,527.85**

Void After 90 Days
30-1/1140
NTX

Notice to Purchaser – In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Not-Negotiable
Customer Copy
Retain for your Records

0016100609 7